IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT CHANDLER,

    Plaintiff,

v.                                                                      Civ. No. 21-1228 KG/SCY

PAY-N-SAVE, INC. (Lowe's
Supermarkets); ANN YEVETTE LOWE, VP;
LEZLIE LOWE, Secretary; ROGER C. LOWE,
President/Agent; ROGER LOWE JR., Vice President;
and VERONICA LNU, Store Manager,

    Defendants.

PARTIAL FINAL JUDGMENT

Pursuant to Plaintiff's dismissal of claims against the individual defendants, *see* (Doc. 36) at 3, and Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of the claims against individual defendants Ann Yevette Lowe, VP; Lezlie Lowe, Secretary; Roger C. Lowe, President/Agent; Roger Lowe Jr., Vice President; and Veronica LNU, Store Manager.

IT IS ORDERED that:

1.    All claims against Ann Yevette Lowe, VP; Lezlie Lowe, Secretary; Roger C. Lowe, President/Agent; Roger Lowe Jr., Vice President; and Veronica LNU, Store Manager are dismissed with prejudice.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE